**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Gerrelle Snow and Henry Goins, Jr., Defendants,

Of whom Gerrelle Snow is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2023-000031

———————————

Appeal From Marlboro County
Salley Huggins McIntyre, Family Court Judge

———————————

Unpublished Opinion No. 2023-UP-175
Submitted April 14, 2023 – Filed May 5, 2023

———————————

**AFFIRMED**

———————————

Harry A. Hancock, of Columbia, for Appellant.

Scarlet Bell Moore, of Greenville; and Laurel Ammons
Hayes, of South Carolina Department of Social Services,
of Dillon, both for Respondent.

Elizabeth Rogers Munnerlyn, of Elizabeth R. Munnerlyn, PA, of Bennettsville, for the Guardian ad Litem.

---

**PER CURIAM:**  Gerrelle Snow appeals the family court's final order terminating her parental rights to her minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2022).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Snow's counsel.

**AFFIRMED.**[1]

**KONDUROS and VINSON, JJ., and LOCKEMY, A.J., concur.**

---

[1] We decide this case without argument pursuant to Rule 215, SCACR.